from affirmed, without costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Thomas Smith, Respondent, v. James T. Haverty's Stables, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Salvatore Zaccaria, Appellant. — Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Gus Leventhal, Appellant. — Judgment and order affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

H. G. Vogel, Appellant, v. Harris Wolff, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Eugene J. Flood, Appellant, v. The Association of Master Plumbers of the City of New York, Manhattan Branch, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Bertha Kayser, Appellant, v. William H. Miller, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Richard J. Wulff, Respondent, v. Roseville Trust Company of Newark, N. J., Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Mamie Goldman, an Infant, by William Goldman, Her Guardian ad Litem, Respondent, v. Isidor Rosenblum, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Samuel E. Bolles, Appellant, v. William Scheer, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Dowling, J., dissented.

Thomas F. McAvoy, Respondent, v. Press Publishing Company, Appellant. — Order affirmed. with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Joseph A. Wasserman, Respondent, v. The Bronx Home News Publishing Company and Others, Appellants. — Order reversed, with ten dollars costs and disbursements, and motion to vacate order for examination of plaintiff before trial denied. Time for examination to be fixed on settlement of order. No opinion. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Joseph A. Wasserman, Respondent, v. The Bronx Home News Publishing Company and James O'Flaherty, Jr., Appellants, Impleaded with Another. — Order modified by requiring the bill of particulars to be served